FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JACQUELINE ANNE ROSS,
Plaintiff,
v.
DOUGLAS A. COLLINS, Secretary of Veterans Affairs Agency,
Defendant.

No. 2:26-CV-00071-SAB

**ORDER DISMISSING COMPLAINT WITH LEAVE TO REFILE**

On September 21, 2026, the Court ordered Plaintiff to correct the service issues in the above-captioned matter, indicating that Plaintiff failed to properly serve Defendant under Fed. R. Civ. P. 4(i). Plaintiff filed a response to that Order, indicating that she believes she has properly served Defendant Douglas Collins as she sent a copy of the summons and complaint via certified mail on February 11, 2026, and she filed a Notice of Proof of Service on March 9, 2026, which indicates that the summons and complaint were picked up at a post office on March 2, 2026.

The Court does not disagree with Plaintiff over the existence of the above-mentioned series of events. The Court is informing Plaintiff that the method of service was improper. To properly serve a federal agency or an officer of such an agency in their official capacity, a plaintiff "must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to

the agency, corporation, officer, or employee." Fed. R. Civ. P. 4(i)(2). To properly serve the United States, a plaintiff must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought – or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk; or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1).

Although it appears Plaintiff sent a copy of the summons and complaint to Douglas Collins' Washington, D.C. address, the proper parties have not been served. Without proper service, the Court cannot exercise jurisdiction over the named Defendant and the case cannot proceed. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999).

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED** with leave to refile once the above-noted service issues have been corrected.

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to file this Order, provide copies to pro se Plaintiff, and **close** the file.

**DATED** this 1st day of October 2026.

Stan Bastian
Chief United States District Judge